665 A.2d 1105

MARY BRENNAN v. JOSEPH S. ORBAN, JR.

September 22, 1995.

ORDER

Leave to appeal is granted.